# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America <br> v. <br> JOSE GARCIA-AREOLA <br> a/k/a Jose Areola-Garcia <br> a/k/a Lamberto Garcia <br> a/k/a Lamberto Garcia-Arreola <br> *Defendant(s)* | ) ) ) ) ) ) ) Case No. <br> 5:17-mj-1004-PRL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 19, 2017** in the county of **Marion** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C Section 1326(a) & (b)(1) | Illegal re-entry into the United States after having been previously removed or deported. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Annotti, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-19-2017

_____
Judge's signature

City and state: Ocala, Florida — Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**                          CASE NO. 5:17-mj-1004-PRL

**COUNTY OF MARION**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security, United States Immigration and Customs Enforcement (DHS/ICE), and have been employed with DHS/ICE for twelve (12) years. I am currently appointed as the Violent Criminal Alien Section (VCAS) Officer assigned to Enforcement Removal Operations (ERO), Orlando, Florida. My duties include the investigation and prosecution of cases involving persons who illegally have reentered the United States after having been removed or deported.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted only for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of the investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On January 6, 2017, the Marion County Sheriff's Office arrested the defendant, **JOSE GARCIA-AREOLA** (a/k/a Jose Areola-Garcia; a/k/a Lamberto Garcia; a/k/a Lamberto Garcia-Arreola). At the time, **GARCIA-AREOLA** was using the alias of Lamberto GARCIA-ARREOLA. Officers booked **GARCIA-AREOLA** into the Marion County Jail on local charges (warrant – failure to appear at arraignment). Shortly after his arrest, a jail classification specialist referred **GARCIA-AREOLA** to ERO Orlando as a foreign-born inmate.

4. On January 9, 2016, **GARCIA-AREOLA** was interviewed and fingerprinted by DO Michael Klim at the Marion County jail pursuant to administrative removal procedures. Prior to any questioning concerning this criminal case, **GARCIA-AREOLA** was advised of his constitutional rights in English and Spanish. **GARCIA-AREOLA** requested the assistance of an attorney and all questioning ceased. DO Klim then administratively served **GARCIA-AREOLA** with a Reinstatement of Prior Order of Removal (Form I-871).

5. On January 12, 2016, DO Klim submitted a set of fingerprints taken from **GARCIA-AREOLA** at the Marion County Jail to the Federal Bureau of Investigation Criminal Justice Information Services Division (also referred to as IAFIS). The fingerprints were analyzed and found to match **GARCIA-AREOLA** (under his alias Lamberto Garcia), along with his unique FBI number. After this identification, DO Klim filed an ICE immigration detainer on **GARCIA-AREOLA** with the Marion County Jail.

6.  A review of various databases and ICE records disclosed that **GARCIA-AREOLA** has an Alien File (A xxx xxx 054). He was born in 1989, in Guadalajara, Jalisco, Mexico. He is a Mexican citizen and is not a citizen of the United States. **GARCIA-AREOLA** was twice administratively ordered deported/removed from the United States to Mexico, on February 20, 2012, and June 2, 2012. **GARCIA-AREOLA** was then physically removed from the United States to Mexico on February 22, 2012, and June 5, 2012. I reviewed the photographs of **GARCIA-AREOLA** in the Alien File and, on January 19, 2017, made a positive identification.

7.  **GARCIA-AREOLA** never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after this prior removal/deportation. Furthermore, a criminal history check revealed that **GARCIA-AREOLA** was convicted of possession of a forged drivers license, a felony violation of Florida law, on June 23, 2009, and received a sentence of 90 days imprisonment. A criminal history check also revealed that **GARCIA-AREOLA** was convicted of illegal entry into the United States, a misdemeanor violation of federal law, on February 22, 2012, and received a sentence of time served. More recently, **GARCIA-AREOLA** was convicted of carrying a concealed firearm, a felony violation of Florida law, on December 20, 2016, and received a sentence of 6 months' imprisonment.

3

8. Based on the foregoing, I believe that there is probable cause to believe that **GARCIA-AREOLA** was found to be in the United States voluntarily after having been previously removed or deported, in violation of 8 USC 1326(a) & (b)(1).

This concludes my affidavit.

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

Subscribed and sworn to before me
this 19 day of January, 2017.

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

4